IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CRAIG W. MERRILL, et al | : | CASE NO: 5:05 CV 768 |
| Plaintiffs, | : | JUDGE: MANOS |
| | | MAG. JUDGE: BAUGHMAN |
| vs. | : | **STIPULATED VOLUNTARY DISMISSAL** |
| KEVIN C. BEARD | : | |
| Defendant. | : | |

Now come the parties, by and through undersigned counsel, and hereby stipulate to a voluntary dismissal, without prejudice, in the above referenced action, pursuant to the Federal Rules of Civil Procedure.

Respectfully submitted,

s://Joseph K. Wantz

Joseph K. Wantz, Esq.
WILLIAMS, MOLITERNO & SCULLY CO., L.P.A.
2241 Pinnacle Parkway
Twinsburg, OH 44087
**Counsel for Kevin Beard**

s:// Antonios P. Tsarouhas

ANTONIOS P. TSAROUHAS (0064110)
300 Courtyard Square
80 South Summit Street
Akron, OH 44308-1736
**Attorney for Plaintiffs**

```
IT IS SO ORDERED.  S/CHRISTOPHER A. BOYKO, U.S. DISTRICT JUDGE
JULY 27, 2009
```

g:\1 - current clients\merrill, craig & diane\merrill, diane\merrill v beard\pleadings\stipulated vd.doc